App. Div.]          Fourth Department, March, 1912.

In the Matter of the Incorporation of the Legal Aid Bureau of Buffalo. — Articles of incorporation approved.

Sarah L. Snow, Plaintiff, v. Charles E. Shreffler, Defendant. In the Matter of the Application to Punish James O. Sebring, Appellant, for Contempt of Court in Said Action. — Motion for reargument denied, with ten dollars costs. All concurred; Foote, J., not sitting.

Guiseppina C. Cianciolo, Appellant, v. Vincenzo Bellanca and Mary Bellanca, Respondents. — Judgment affirmed, with costs. All concurred.

Della Porter, Respondent, v. Eliza J. Sabins, Appellant. — Judgment affirmed, with costs. All concurred.

John W. Welker and Others, as Trustees of School District No. 12 of the Town of Darien, Appellants, v. Andrew J. Lathrop and Henry I. Barber, Respondents. — Judgment affirmed, with costs. All concurred.

Horace H. Potter, Respondent, v. Pennsylvania Railroad Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Village of Carthage, Appellant, v. Jay A. Loomis, Respondent. — Judgment affirmed, with costs. All concurred, except Spring, J., who dissented.

Ernest D. Lindley, Respondent, v. Charles A. Campbell, Appellant. — Judgment affirmed, with costs. All concurred, except Kruse and Robson, JJ., who dissented upon the ground that the referee adopted an improper measure of damages.

Leonard C. Kenen, Respondent, v. Superior Axle and Forge Company, Appellant. — Judgment and orders affirmed, with costs. All concurred.

Edward L. Terry, Respondent, v. Albert Gaffey, Appellant. — Judgment and order affirmed, with costs. All concurred.

Isaac Hurley, Respondent, v. Isaac K. Hodges, Appellant. — Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the finding of the jury that the defendant agreed to pay twenty-five dollars per acre as commission for the sale of his farm is contrary to and against the weight of the evidence. All concurred; Foote, J., not sitting.

John Feist & Sons Company, Respondent, v. John F. Huber and Others, Impleaded with John W. Powell, Appellant. — Judgment affirmed, with costs. All concurred.

Thomas Brown Contracting Company, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Katherine Ryan, Respondent, v. Corden T. Graham, Appellant. — Judgment and order affirmed, with costs. All concurred.

Genevieve V. Potter, by Carrie R. Potter, Her Guardian ad Litem, Respondent, v. Buffalo, Lockport and Rochester Railway Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Adam Jendraszek, as Administrator, etc., of Boleslaw Kaminski, Deceased, Respondent, v. International Railway Company, Appellant. — Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented.

The People of the State of New York, Respondent, v. Michael Bevins, Appellant. — Judgment of conviction affirmed. All concurred.